B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Kentucky

In re __Johnathon A Nalley__          Case No. __13-32992__
                  Debtor(s)           Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** | **Describe Property Securing Debt:**
Bank of America | 265 N Steedland Dr, Louisville, KY Bullitt Co- name still on deed but ex wife got this in the divorce. (pursuant to MSA)

**Property will be (check one):**
☐ Surrendered          ☐ Retained

**If retaining the property, I intend to (check at least one):**
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property is (check one):**
☐ Claimed as Exempt          ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

---

**Property No. 1**

**Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**
-NONE- | | ☐ YES   ☐ NO

---

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __August 8, 2013__          Signature __/s/ Johnathon A Nalley__
                                            Johnathon A Nalley
                                            Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy